No. 95–8645. RODRIGUEZ *v.* ALFORD, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–8647. KUKES *v.* MULKEY, JUDGE, SUPERIOR COURT OF CALIFORNIA, BUTTE COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8651. CARLSEN *v.* UTAH. Ct. App. Utah. Certiorari denied.

No. 95–8652. SCOTT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–8654. BATES *v.* TRUE. C. A. 7th Cir. Certiorari denied.

No. 95–8660. FAISH *v.* PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY. C. A. 3d Cir. Certiorari denied.

No. 95–8668. ARAGON *v.* WADE, DIRECTOR, BERNALILLO COUNTY DETENTION CENTER, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8671. WILDER *v.* OKLAHOMA DEPARTMENT OF HUMAN SERVICES. Sup. Ct. Okla. Certiorari denied.

No. 95–8672. WILSON *v.* RAGEN. C. A. 6th Cir. Certiorari denied.

No. 95–8675. LUNA *v.* MILLER. C. A. 6th Cir. Certiorari denied.

No. 95–8678. CHARRON *v.* GAMMON ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8682. BELL *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8691. WAITS *v.* CRAPPS ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8692. WASHINGTON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.